NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Chief, General Civil Section
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8928
     Facsimile: (415) 744-0134
     Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CURTIS ATKINS,<br><br>       Plaintiff,<br><br>       v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security[1],<br><br>       Defendant. | No. 2:18-cv-10080-KK<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 6/21/19

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE